# EXHIBIT A

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**

To: Honorable Judge Yvonne Gonzalez Rodgers

Dear Judge,

First and Fore Most I would like to appologize for wasting your, The District Attorney, the courts, and My Attorneys time. As I wake up and think about the events that lead up to Me being here today I feel so stupid. This letter isn't for Me to try to get you to have any remorse or any pity on Me. This is Just a way for you to under stand Me better so you can sentence Me to where you see fits Because I know out side of those white papers with Black writing, you won't ever understand the person in front of you if I don't speak up. Every one Makes Mistakes, some More than Others, and some greater than others. This case happens to be one of My Mistakes. I take full responsibility for My Mistake. Out side of Me being in Jail im currently enrolled in Barber & cosmo college. I've asked My self the same question you are probably thinking. Why give up something that can be looked upon as an achievement and a career to be sitting in Jail with people who don't care about their own lives. The only answer I can come up with is The way I grew up and the toxic environment I've been exposed to at a young age installed in My Mind certain tools to survive were im from. A lot of people don't grow to see My age in Oakland. we lack on role Models & inspiration. So when I make a Mistake its not be cause I Don't care

its Because I don't know any better and the only people teaching me right from wrong are people like you. (Judges, DA's, lawyers, etc...). I've learned My lesson. I can't see My self as Just a number My whole life I have real goals and real responsibilities. My son & his Mother looks at me for guidance, stability, and protection and I continue to fail them. My Mother lost My little brother 4 yrs ago still hasn't healed hearing her break down over these 15 Min Phone calls lets me see she clearly needs me and I failed her. I have a G.E.D. and was sooooo proud of My self when I got it, But the Messed up part about it is I can't Do nothing in Jail with a G.E.D. those Don't Matter in here. I turn 23 yrs old in July and Can't even say I've Been out of Jail for a full year Since I was 13. I haven't had a place to call home Since I was 10 My MoM finally have somewhere I can lay my head at and call home and I can't even do that Because im in Jail. My little Brother is gone and I can't even consider My life as living for him and My Baby Brother goes to college next Year and I've never Been to 1 of his football games. Yeah I've learned My lesson im done with coming back and forth to Jail. IM not My father im Better than him and one day I will be able to prove it.

# EXHIBIT B

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**

01/03/21

To whom it may concern,

My name is Shanvoni Keeton and I'm writing on behalf of D'Marco Hal, PFN #UMD555. I've known D'Marco for over 12 years. He and I met through a mutual friend, and soon after we found out we were cousins. Not only have we lived together twice, but we went to almost every school together. We have always been close, we never viewed each other as cousins, he was always a brother to me. Since I met D'Marco, I've seen him give out nothing but love and kindness. We both grew up in similar tough situations, and because I was an only child, D'Marco let me know that I'm always going to be his little brother and I'm never alone as long as he's here. When I was a freshman, things were getting worse at my house so he asked his mom if I could live there for a while and she agreed. This is when we became the closest, he taught me how to cook, helped me get a job at Youth Uprising, and focus more on my future. I remember when I got my first check, we went to the mall to get me some shoes and when I didn't have enough, he gave me the rest. When he let me know I wasn't alone, he wasn't lying. Soon after, we realized that he was extremely talented at cutting hair. I couldn't afford a haircut the day before school started, so he watched a couple YouTube videos on the exact style I wanted and didn't give up until it was perfect. Eventually, I started having trouble in school he then suggested I try going to a different school called Royal Sunset. I tried to create excuses saying I didn't know anyone there, and that's when he took it upon himself to enroll there with me so I, again, wouldn't be alone. To sum it up, D'Marco isn't just a great friend, but he's also a genuine brother. Not to mention, one of the best dads I've ever seen. Whenever I call him, his son is right by his side. I truly hope that they're able to resume the relationship they had with each other as soon as possible and that he overcomes this rough patch in his life.

Shanvoni Keeton

# EXHIBIT C

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**

01/03/21

Hello Your Honor,

My name is DJhonnay Jackson and I am writing to you on behalf of D'Marco Hal, PFN #UMD555. I've known D'Marco for about 8 years now, when we were in middle school we all used to go to a community center called Reach and that's where I met him. He was always happy, in a good mood and cracking jokes, I don't really recall a time I've ever seen him mad or upset. I met D'Marco through Shanvoni Keeton, I've been dating Shanvoni since I was 13 years old, he and D'Marco have always been two peas in a pod so when I seen Shanvoni, I seen D'Marco. With that being said, D'Marco and I also created a bond, I always viewed him as an older brother. I know if I ever need anything and my boyfriend can't do it, he'd come through. I've witnessed how much he cares for and looks out for other people, especially my boyfriend, he'd give anyone the shirt off of his back. He always wanted to see others in a better position than they were and if he could make it possible, he would. D'Marco has a very big heart, he may look tough on the outside, but on the inside he's extremely considerate and caring. I remember one time after school I had to do my chores before I went to hang out at Reach so he and another friend of ours really walked with me all the way home to help me clean up so we can go meet the rest of our friends. That was a very kind thing of him to do, he didn't have to do that at all yet he did. In conclusion, D'Marco is a young black man who truly means well, we all weren't raised in the same environments, people deserve second chances.


DJhonnay Jackson

██████████

# EXHIBIT D

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**



# CITY OF OAKLAND
## Department of Violence Prevention
LIONEL J. WILSON BUILDING • 150 FRANK H. OGAWA PLAZA, SUITE 4340 • OAKLAND, CALIFORNIA 94612

December 14, 2020

To Whom It May Concern:

My name is Javier Jimenez and I am a Life Coach for the Department of Violence Prevention at the City of Oakland. We focus on reducing violence within the city of Oakland by connecting with those that are at the epicenter of violence. We offer an array of services that are not limited to; mentoring, life coaching, employment training, getting participants in compliance with Probation/Parole, securing all I-9 documents for legal purposes, securing medical insurance, housing referrals, therapy and drug treatment programs.

I am writing this letter to confirm that D'Marco Hal has been enrolled in our program back in August of 2019. He and I met every week and we established a great relationship. I referred him to several wrap around services which included tattoo removal, CEO (employment training) and holiday support for his infant son. Mr. Hal has so much potential and I would love another opportunity to assist him upon his release.

Please do not hesitate to contact me if you have any questions or concerns.

Regards,

*Javier Jimenez*

**Javier Jimenez**
**Life Coach**
**Department of Violence Prevention**
City of Oakland
150 Frank H. Ogawa Plaza, Suite
4340 Oakland, Ca. 94612



# EXHIBIT E

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**

# Adverse Childhood Experience (ACE) Questionnaire
## Finding your ACE Score

**While you were growing up, during your first 18 years of life:**

1. Did a parent or other adult in the household **often** …
    Swear at you, insult you, put you down, or humiliate you?
        **or**
    Act in a way that made you afraid that you might be physically hurt?
        Yes   No                  If yes enter 1   _____

2. Did a parent or other adult in the household **often** …
    Push, grab, slap, or throw something at you?
        **or**
    **Ever** hit you so hard that you had marks or were injured?
        Yes   No                  If yes enter 1   _____

3. Did an adult or person at least 5 years older than you **ever**…
    Touch or fondle you or have you touch their body in a sexual way?
        **or**
    Try to or actually have oral, anal, or vaginal sex with you?
        Yes   No                  If yes enter 1   _____

4. Did you **often** feel that …
    No one in your family loved you or thought you were important or special?
        **or**
    Your family didn't look out for each other, feel close to each other, or support each other?
        Yes   No                  If yes enter 1   _____

5. Did you **often** feel that …
    You didn't have enough to eat, had to wear dirty clothes, and had no one to protect you?
        **or**
    Your parents were too drunk or high to take care of you or take you to the doctor if you needed it?
        Yes   No                  If yes enter 1   _____

6. Were your parents **ever** separated or divorced?
        Yes   No                  If yes enter 1   _____

7. Was your mother or stepmother:
    **Often** pushed, grabbed, slapped, or had something thrown at her?
        **or**
    **Sometimes or often** kicked, bitten, hit with a fist, or hit with something hard?
        **or**
    **Ever** repeatedly hit over at least a few minutes or threatened with a gun or knife?
        Yes   No                  If yes enter 1   _____

8. Did you live with anyone who was a problem drinker or alcoholic or who used street drugs?
        Yes   No                  If yes enter 1   _____

9. Was a household member depressed or mentally ill or did a household member attempt suicide?
        Yes   No                  If yes enter 1   _____

10. Did a household member go to prison?
        Yes   No                  If yes enter 1   _____

        **Now add up your "Yes" answers:**   _____   **This is your ACE Score**

# EXHIBIT F

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**

**LATEST HEADLINES**

# 17-year-old dies after accidentally shooting himself in Oakland

The boy was playing with a gun at an Oakland home

By **HARRY HARRIS** | hharris@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: July 27, 2017 at 2:03 p.m. | UPDATED: July 28, 2017 at 3:23 a.m.

OAKLAND — A 17-year-old boy died Wednesday night after accidentally shooting himself with a pistol in East Oakland, authorities said Thursday.

Authorities identified him as Deangelo Hal, of Oakland.

Authorities said Hal was at a relative's home in the 2300 block of Fruitvale Avenue when he accidentally shot himself in the head about 6:18 p.m. Wednesday while playing with a pistol.

He was pronounced dead at the scene. No one else was injured.

Authorities said the pistol was stolen in 2016 from a gun shop in Ceres, Calif.

No other details were released

Report an error
Policies and Standards
Contact Us

 **The Trust Project**



Tags:   **East Bay Crime**   **Guns**   **Regional**   **Shooting**

Tags:  **East Bay Crime**,  **Guns**,  **Regional**,  **Shooting**



# Harry Harris | Crime reporter

Harry Harris is a Pulitzer Prize winning breaking news reporter for the Bay Area News Group. He began his Oakland Tribune career in September 1965 as a 17-year-old copyboy. He became a reporter in 1972 and is considered one of the best crime and breaking news reporters in the country. He has covered tens of thousands of murders and other crimes in the East Bay. He has also mentored dozens of young reporters, some of whom continue to work in journalism today.

hharris@bayareanewsgroup.com

Follow Harry Harris @HarryHarris15

## SUBSCRIBE TODAY!
### ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!



# EXHIBIT G-1

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**



# EXHIBIT G-2

**EXHIBITS IN SUPPORT OF
SENTENCING MEMORANDUM AND
MOTION FOR DOWNWARD
VARIANCE**



# EXHIBIT G-3

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

