```
GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Joyce_Leavitt@fd.org
```

Counsel for Defendant HAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>D'MARCO HAL,<br><br>    Defendant. | Case No.: CR 20–00471 YGR<br><br>**DECLARATION OF JOYCE LEAVITT IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNARD VARIANCE**<br><br>**Court:**    Courtroom 1, 4th Floor<br>**Hearing Date:**  June 24, 2021<br>**Hearing Time:**  9:00 a.m. |

I, JOYCE LEAVITT, declare the following:

1. I am an Assistant Federal Public Defender employed by the Office of the Federal Public Defender in Oakland, California. Our office was appointed to represent D'Marco Hal ("Hal") in the above-entitled matter.

2. In preparation for sentencing, Federal Public Defender staff investigator Madeline Larsen interviewed witnesses and obtained records relating to Hal's background and upbringing. This declaration details some of the information included in the records.

A declaration by Investigator Larsen is being submitted concurrently which details interviews with two witnesses, Shameeka Hayes and Jeresia Caldwell.

**ALAMEDA COUNTY JUVENILE COURT FILE**

3. An investigation was conducted by the Juvenile Justice Center in connection with the referral of D'Marco Hal when he was 12 years old, in connection with the juvenile offense identified in the Presentence Report. The report corroborated the domestic violence toward [the mother], as well as the fact that at the time of the report at time, the family was essentially homeless. A psychological evaluation prepared in 2012 stated "It is clear that the trauma exposure has left a lasting affect on D'Marco . . . D'Marco was very parentified and was made to be responsible as the caretaker of his younger siblings." The report further stated that Hal "experience[d] symptoms of depression, low self-esteem, withdrawal and trauma history" and concluding that "the lack of consistency by his mother, her repeated history of being in violent and abusive relationships, and inability to parent effectively, appears to have profoundly affected D'Marco." At the time, the evaluator recommended "intensive, long term therapy to deal with his family dynamics and exposure to trauma." This therapy never occurred.

4. The probation officer who conducted the interview also stated that the living situation at the time of the offense conduct was "troubling," noting that "four families and a total of 16 individuals were living in a two bedroom home." The offense, which involved other minors in addition to 12 year old D'Marco Hal, including a 16 year old co-defendant, occurred at the home where all involved individuals were staying.

**ALAMEDA COUNTY SOCIAL SERVICES AGENCY RECORDS**

5. Alameda County Social Services first opened a file for D'Marco Hal and his siblings on September 19, 2004, when he was 6 years old. The earlier records alleged general neglect and domestic violence. The initial complaint from September 19, 2004, indicated that the parents were addicted to crack, neglected the children, and that the three children were outside unsupervised for hours. Moreover, the house was infested with roaches and rats, there was no food for the children, the children were exposed

to domestic violence, and the father was violent with the children, including having hit the 4 year old's head against a bedpost. The report from 2009 included additional allegations of physical abuse. And records from June 27, 2014, indicated that Hal's mother did not like what occurred at the court hearing that day and punched her son's custodian in the face with a closed fist and in the stomach knowing that she was pregnant. The custodian's young child was also injured. The Social Services records are not more voluminous because family members, including Mr. Hal's grandmother and auntie, tried to step in to avoid losing Hal and his siblings to the system.

**ALAMEDA COUNTY CRIMINAL RECORDS RELATED TO HAL'S FATHER**

6. D'Marco Hal's father's criminal record includes 23 separate cases between the years of 1992 through 2019, including nine felony convictions leading to nine state prison sentences. The felony convictions primarily involved possession or sale of a controlled substance or firearms possession. But Mr. Hal's father also had a domestic violence conviction which resulted in a four year state prison sentence.

**HIGHLAND HOSPITAL RECORDS**

7. Hospital Records from Highland Hospital corroborate that on July 23, 2016, Mr. Hal was the victim of a shooting. He was a passenger in a car, and happened to turn his face which avoided potentially catastrophic damage, including a bullet to his head. Instead the bullet grazed his face causing lacerations on his cheek. Hal also had multiple glass particles in his eyes from the shattered windshield.

**HIGH SCHOOL TRANSCRIPTS FROM 2012 THROUGH 2015**

8. Transcripts from Royal Sunset High School in Hayward, California indicated that Mr. Hal's grades fluctuated greatly. He did poorly at San Lorenzo High School when he was living with his mother but did well when he was living with his aunt, including getting a B in World History, B+ in algebra, B+ in English, and an A- in Life science. Hal has since obtained his Graduate Equivalency Diploma.

/ /

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 17, 2021, in Orinda, California.

                                          /s/ *Joyce Leavitt*
                                        JOYCE LEAVITT