# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## Oakland Venue

---

### Petition for Warrant for Person Under Supervision

---

**Person Under Supervision**
Dmarco Aaron Hal

**Docket Number**
0971 4:20CR00471-001 YGR

**Name of Sentencing Judge:** The Honorable Yvonne Gonzalez Rogers
United States District Judge

**Date of Original Sentence:** June 24, 2021
**Date of Violation Sentence:** March 16, 2023
**Date of 2nd Violation Sentence**: September 4, 2025

**Original Offense:** Count 1: Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1 ), a Class C felony.

**Original Sentence:** Time served; three years of supervised release.
**Revocation Sentence:** Two years custody; one-year supervised release
**2nd Revocation Sentence:** Time served, eleven (11) months supervised release

**Special Conditions:** Vocational training; mental health treatment; no gang associations; DNA; no dangerous weapons; expanded search; substance abuse testing and treatment; 180 days at a residential reentry center; and a $100 special assessment.

**Prior Form(s) 12:** On December 21, 2022, a Petition for Warrant for Person Under Supervision was filed alleging Mr. Hal committing another federal, state, or local crime. On March 16, 2023, Mr. Hal's supervised release was revoked, and he was sentenced to two years custody; followed by one year of supervised release.

On November 15, 2024, a Petition for Warrant for Person Under Supervision was filed alleging Mr. Hal committing another federal, state, or local crime. On September 4, 2025, Mr. Hal's supervised release was revoked, and he was sentenced to a time served custodial sentence; followed by eleven months supervised release.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Noah Stern
**Defense Counsel**
Joyce Leavitt (AFPD)

**Date Supervision Commenced**
September 4, 2025
**Date Supervision Expires**
August 3, 2026

---

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.**

I, Robert M. Abalos, Jr., a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated the mandatory condition which states that he shall not commit another federal, state or local crime. |

On May 5, 2026, Mr. Hal possessed a firearm while previously being convicted of a felony, in violation of California Penal Code 29800(A)(1), a felony; gave a false identification to police officers, in violation of California Penal Code 148.9(a), a misdemeanor, and had a concealed carry weapon in a vehicle, in violation of California Penal Code 25400(A)(1), a felony.

According to the investigative report prepared by Hayward Police Department, at approximately 1930 hours, officers observed a black four door BMW with no front license plate and dark film in the front windows, both vehicle code violations. Officers completed an enforcement stop of the vehicle. Dairus Brown was observed in front passenger seat while Dmarco Hall was observed in the rear passenger seat of the car. Initially, Mr. Hall gave officers the name "Djzon Hall" and did not disclose true name. He later admitted to officers that the name he provided was false and advised his true name as Dmarco Hall and disclosed he was on probation. He was detained by officers at this point.

While at the passenger side door, officers observed Mr. Brown displaying odd behaviors by reaching into his pockets and on the floorboard of the car where a backpack sat between his legs. Due to the officer safety, Mr. Brown was escorted out of the vehicle. Based on the totality of the circumstance, officers decided to complete a protective sweep. While searching vehicle, the officers located a MCM brand backpack on the passenger floorboard. A Glock 43x was located in the backpack with Mr. Brown's identification. Based on the located

firearm, a probable cause search was conducted which yielded an additional black Glock 17 with an extended magazine located in the proximity to where Mr. Hal was seated in the rear center arm rest. It should be noted he was the sole rear passenger in the vehicle.

Evidence in support of this violation can be found in the Hayward Police Report #26-024591.

Two There is probable cause to believe that Mr. Hall violated special condition number five, which states, he must not own or possess any firearms, ammunition, destructive devices, or any dangerous weapons.

Based on the allegations of Charge One, Mr. Hal was in possession of a firearm.

Evidence to support this violation can be found in the Hayward Police Report #26-024591.

Based on the foregoing, there is probable cause to believe Dmarco Aaron Hal violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Robert M. Abalos, Jr.
U.S. Probation Officer
Date Signed: May 6, 2026

Reviewed by:

Laura Triolo
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X] The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

[ ] Other:

May 7, 2026
Date

Yvonne Gonzalez Rogers
United States District Judge

APPENDIX

Grade of Violations: B [USSG §7C1.1(a)(2), p.s.]

Criminal History at time of sentencing: IV

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 12 – 18 months<br>USSG §7C1.5, p.s. |
| **Supervised Release:** | Three years minus any custody time<br>18 U.S.C. § 3583(h) | Three minus any custody time<br>USSG §7C1.4(c) p.s. |
| **Probation:** | Not Applicable | Not Applicable |